James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Michael E. Criden, Esq.
Lindsey C. Grossman, Esq.
CRIDEN & LOVE, P.A.
7301 SW 57th Court, Ste. 515
South Miami, Florida 33143
(305) 357-9000

Attorneys for Plaintiff

Scott D. Hirsch, Esq.
Charles E. Scarlett, Esq.
SCARLETT & HIRSCH, P.A.
7777 Glades Road, Ste. 200
Boca Raton, Florida 33434
(561) 278-6707

Robert C. Gilbert, Esq.
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
2525 Ponce de Leon Blvd., Suite 625
Coral Gables, Florida 33134
(305) 384-7270

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| T. DENNY SANFORD,<br><br>      Plaintiff,<br><br>vs.<br><br>PERSHING, LLC,<br><br>      Defendant. | Civil Action No. 15-7820(SDW)(SCM)<br><br><br>**NOTICE OF FILING TAG-ALONG<br>NOTICE WITH MDL PANEL** |

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff T. Denny Sanford, has notified the MDL Panel overseeing the Stanford Securities Litigation matters of the existence of this case as a potential tag-along action. A true and correct copy of that notice is attached hereto as Exhibit A.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
Attorneys for Plaintiff

By: /s/ Lindsey H. Taylor
   LINDSEY H. TAYLOR

Dated: November 18, 2015

Michael E. Criden, Esq.
Lindsey C. Grossman, Esq.
CRIDEN & LOVE, P.A.
7301 SW 57th Court, Ste. 515
South Miami, Florida 33143
(305) 357-9000

Scott D. Hirsch, Esq.
Charles E. Scarlett, Esq.
SCARLETT & HIRSCH, P.A.
7777 Glades Road, Ste. 200
Boca Raton, Florida 33434
(561) 278-6707

Robert C. Gilbert, Esq.
KOPELOWITZ OSTROW
 FERGUSON WEISELBERG GILBERT
2525 Ponce de Leon Blvd., Suite 625
Coral Gables, Florida 33134
(305) 384-7270